IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUANARD ROBINSON,

    Petitioner,                    No. CIV S-05-2596 FCD DAD P

    vs.

MR. VAIL,

    Respondent.            ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not paid the required filing fee or filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    In his habeas petition, petitioner attacks a judgment of conviction entered in the Kern County Superior Court. Kern County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 3-120(d). A civil action which has not been commenced in the proper division of this court may, on the court's own motion, be transferred to the proper division of the court. See Local Rule 3-120(f). This action will therefore be transferred to the Fresno Division of the court.

/////

/////

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    1.  This action is transferred to the United States District Court for the Eastern
3    District of California sitting in Fresno; and

4    2.  All future filings shall reference the new Fresno case number assigned and
5    shall be filed at:

        United States District Court
        Eastern District of California
        1130 "O" Street
        Fresno, CA 93721

DATED: January 5, 2006.

      _____
      DALE A. DROZD
      UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
robi2596.109